Form ODSM (09/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br><br>**David L. Betzer**<br>160 Barnard Street<br>Hillsdale, MI 49242<br>SSN: xxx–xx–6671<br>**Jodette M Betzer**<br>160 Barnard Street<br>Hillsdale, MI 49242<br>SSN: xxx–xx–5604<br><br>**Debtor(s)** | **Case Number 10–04588–swd**<br><br>**Chapter 13**<br><br>**Honorable Scott W. Dales** |

## NOTICE OF ORDER DISMISSING CASE

Notice is given that on September 16, 2010 this Court signed an order dismissing the above noted case. You are advised that all further stay of proceedings are hereby terminated as of the date of entry of this order. If this was a Chapter 13 case, all orders which have been entered, if any, requiring the employer of the debtor to submit monies to the Chapter 13 trustee are hereby terminated as of the date of the dismissal order.

You are advised that there are certain legal effects to dismissal of a case that may affect the rights of the debtor and the parties to this case. Do not contact the Bankruptcy Court regarding the legal effect of a dismissal. You should consult with your attorney or contact the attorney for the debtor, if one was employed, whose name appears at the bottom of this notice.



Daniel M. LaVille
Clerk of Court

**Dated:** September 16, 2010

Attorney for Debtor   Jeffrey David Thav
Second Start, P.L.L.C.
29200 Northwestern Hwy #155
Southfield, MI 48034
248–945–1111